# United States Bankruptcy Court

## Eastern District of Louisiana

| | |
|---|---|
| NANCY J DEABATE<br>22186 STRAIN RD.<br>MANDEVILLE LA  70471 | **16-11730**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO LATE-FILED CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim detailed below be disallowed, as it was filed after the bar date.  The claim was filed on March 7, 2017; the bar date was November 28, 2016.

```
Claimant:                          Court claim number:              5
                                   Total claim amount:      324,887.17
OCWEN LOAN SERVICING LLC           Priority portion:              0.00
ATTN BANKRUPTCY DEPT               Arrears portion:         144,837.44
PO BOX 24605                       Secured portion:               0.00
WEST PALM BEACH FL   33416         Unsecured portion:             0.00
                                   Direct-Pay portion:      180,049.73
```

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court no later than seven days before the scheduled hearing.  If no opposition is filed, the Court may grant the relief requested without a hearing.  If an objection is timely filed and served, a hearing on the motion will be held on:

May 09, 2017 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Attorney for debtor:                              /s/ S.J. Beaulieu, Jr.
                                                  S.J. Beaulieu, Jr.
ROBIN R DELEO                                     Chapter 13 Trustee
jennifer@northshoreattorney.com

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein.<br><br>03/08/2017                by: Jennifer Rose |