# United States Bankruptcy Court
Eastern District of Louisiana

NANCY J DEABATE
22186 STRAIN RD.
MANDEVILLE LA 70471

16-11730
Chapter 13
Section A

## ORDER DISALLOWING CLAIM

Pursuant to the hearing set for May 09, 2017 on the Trustee's Objection to the late filed claim that was filed in this case on March 7, 2017, in the amount of $324,887.17, by this creditor:

Creditor:

OCWEN LOAN SERVICING LLC
ATTN BANKRUPTCY DEPT
PO BOX 24605
WEST PALM BEACH FL 33416

Court's claim #5

Trustee's claim #11

Account #3054

After considering the pleadings, the Court being of the opinion that the claim is subject to being late based on the proof of claim itself.

IT IS ORDERED that the claim is DISALLOWED.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 9, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge