**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 16-11730** |
| **NANCY J. DEABATE** | * | **CHAPTER 13** |
| **DEBTOR** | * | **DIVISION "A"** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### SECOND MOTION TO MODIFY PLAN AFTER CONFIRMATION

Nancy Deabate, Debtor herein, files this Second Motion to Modify her previously confirmed Chapter 13 Plan and respectfully represents as follows:

1.

Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on July 21, 2016. Debtor's First Amended Plan (the "Plan") was confirmed on December 7, 2016.

2.

Debtor filed a First Modified Plan on July 14, 2017, (P-43), which was withdrawn on September 27, 2017, (P-55).

3.

Debtor desires to modify her Plan (the "Second Modified Plan") such that she will increase her monthly post-petition plan payments to the Chapter 13 Trustee to include the post-Petition mortgage arrears in the amount of $9,657.54. In doing so the Plan payment will increase from $120.00 to $286.00.

4.

The Modified Plan does not change the Debtor's liquidation value. Unsecured creditors will receive a 100% distribution.

5.

Debtor has amended her Schedule I and attaches hereto the proposed Second Modified Plan. This modification is immaterial as the only change is to include the post-petition mortgage arrears to Ocwen.

**WHEREFORE,** for the foregoing reasons, Debtor prays that this Court permit the Debtor to modify her plan as set forth herein and moves for all other relief as is equitable and just.

THE DE LEO LAW FIRM LLC

/s/ Robin R. De Leo
Robin Ronquillo De Leo #20347
The De Leo Law Firm, LLC
800 Ramon Street
Mandeville, Louisiana 70448
(985) 727-1664
(985) 727-4388 fax
lisa@northshoreattorney.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Second Motion to Modify Plan after Confirmation was served on January 25, 2018 by Electronic Filing through the Court's electronic filing system and or by US mail postage prepaid upon:

| | |
|---|---|
| Chapter 13 Trustee | ecf@ch13no.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Claire Mayer<br>Counsel for Ocwen | cmayer@logs.com |

THE DE LEO LAW FIRM LLC

/s/ Robin R. De Leo
Robin Ronquillo De Leo #20347
The De Leo Law Firm, LLC
800 Ramon Street
Mandeville, Louisiana 70448
(985) 727-1664
(985) 727-4388 fax
lisa@northshoreattorney.com