## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | * | CASE NO. 16-11730 |
| NANCY J. DEABATE | * | CHAPTER 13 |
| DEBTOR | * | DIVISION "A" |

**************************************

### THIRD MOTION TO MODIFY PLAN AFTER CONFIRMATION

Nancy Deabate, Debtor herein, files this Third Motion to Modify her previously confirmed Chapter 13 Plan and respectfully represents as follows:

1.

Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on July 21, 2016. Debtor's First Amended Plan (the "Plan") was confirmed on December 7, 2016.

2.

Debtor filed a Third Modified Plan on July 6, 2018, (P-96).

3.

Debtor desires to modify her Plan (the "Third Modified Plan") such that she will increase her monthly post-petition plan payments to the Chapter 13 Trustee to include additional post-Petition mortgage arrears in the amount of $6,956.66, for a total claim of $16,614.20 to be paid to Deutsche/Ocwen for post-petition mortgage arrears.  In doing so the Plan payment will increase from $286.00 to $440.00.

4.

The Modified Plan does not change the Debtor's liquidation value.  Unsecured creditors will receive a 100% distribution.

5.

This modification is immaterial as the only change is to include additional post-petition mortgage arrears to Ocwen.

**WHEREFORE,** for the foregoing reasons, Debtor prays that this Court permit the Debtor to modify her plan as set forth herein and moves for all other relief as is equitable and just.

THE DE LEO LAW FIRM LLC

/s/ Robin R. De Leo
Robin Ronquillo De Leo #20347
The De Leo Law Firm, LLC
800 Ramon Street
Mandeville, Louisiana 70448
(985) 727-1664
(985) 727-4388 fax
lisa@northshoreattorney.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Third Motion to Modify Plan after

Confirmation was served on July 6, 2018 by Electronic Filing through the Court's electronic

filing system and or by US mail postage prepaid upon:

Chapter 13 Trustee                    ecf@ch13no.com

Office of the U.S. Trustee            USTPRegion05.NR.ECF@usdoj.gov

Claire Mayer                          cmayer@logs.com
Counsel for Ocwen


        THE DE LEO LAW FIRM LLC

        /s/ Robin R. De Leo
        Robin Ronquillo De Leo #20347
        The De Leo Law Firm, LLC
        800 Ramon Street
        Mandeville, Louisiana 70448
        (985) 727-1664
        (985) 727-4388 fax
        lisa@northshoreattorney.com