EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>NANCY J DEABATE,<br><br>          Debtor(s). | Chapter 13<br><br>Case No. 16-11730; SEC A |

### AFFIDAVIT IN SUPPORT OF MOTION BY U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NRZ INVENTORY TRUST AS SERVICED BY NATIONSTAR MORTGAGE LLC DBA MR. COOPER FOR RELIEF FROM AUTOMATIC STAY AS TO THE DEBTOR AND NON-FILING CO-DEBTER AS TO THE PROPERTY LOCATED AT 22186 STRAIN ROAD, MANDEVILLE, LA 70471

I, _Mary Gracia_, declare under penalty of perjury as follows:

1.      I am authorized to sign this affidavit as a(n) _Assistant Secretary_ of U.S. Bank National Association as trustee for NRZ Inventory Trust as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.      Nationstar services and maintains records for the loan that is secured by the mortgage described in paragraph 4 below, in its capacity as servicer for Movant. As part of my job responsibilities for Nationstar, I am familiar with the type of records maintained by Nationstar in connection with the loan.

3.      I have personal knowledge of the facts in this affidavit based upon a review of Nationstar's business records, and the information in this affidavit is taken from Nationstar's business records. I have personal knowledge of Nationstar's procedures for creating the records maintained by Nationstar in connection with the loan. They are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) made and kept in the usual and ordinary course of Nationstar's regularly conducted business activities; and (c) created by Nationstar as regular practice.

4. The Debtor(s), Nancy J Deabate has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note, referenced in the Motion (the "Debt Agreement"). Pursuant to that certain mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Debt Agreement and the Mortgage are secured by the property referenced in the Motion.

5. Nationstar is unable to find the promissory note and will seek to prove the promissory note using a lost note affidavit.

6. As of November 7, 2019, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

7. As of November 7, 2019, the unpaid principal balance of the Debt Agreement is $189,737.09.

8. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor(s) as of November 7, 2019:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 5 | 8/1/2018 | 12/1/2018 | $1,656.32 | $0.00 | $1,656.32 | $8,281.60 |
| 6 | 1/1/2019 | 6/1/2019 | $1,668.19 | $0.00 | $1,668.19 | $10,009.14 |
| 5 | 7/1/2019 | 11/1/2019 | $1,668.18 | $0.00 | $1,668.18 | $8,340.90 |
| Less post-petition partial payments (suspense balance): | | | | | | ($1,407.02) |

**Total: $25,224.62**

9. As of November 7, 2019, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $25,224.62, consisting of (i) the foregoing total of missed post-petition payments in the amount of $25,224.62, plus (ii) the following post-petition fees and advances for taxes and insurance:

| Description | Amount |
|---|---|
| N/A | N/A |

10.     The following documents are attached as exhibits and incorporated herein by reference:

(a)     Attached hereto as Exhibit A-1 is a post-petition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on _November 19, 2019_.

_____
Signature

STATE OF _Texas_     )
                                   ) ss.
COUNTY OF _Denton_     )