# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 16-11730 |
| NANCY J. DEABATE | * | CHAPTER 13 |
| DEBTOR | * | DIVISION "A" |

**************************************************************************

## RESPONSE TO MOTION FOR RELIEF FROM STAY

**NOW INTO COURT** through undersigned counsel, comes Nancy Deabate, Debtor herein, and responds to the Motion for Relief filed by US Bank National Association ("US Bank") as follows:

1.

The Debtor filed their voluntary petition for relief under Chapter 13 of the Bankruptcy Code on July 21, 2016. Debtor's plan was confirmed by this Court on December 7, 2016.

2.

US Bank filed a Motion for Relief on November 20, 2019, (P-112) in regard to the real property located at 22186 Strain Road, Mandeville, Louisiana 70471. The hearing on the Motion for Relief filed by US Bank is currently scheduled for January 6, 2020, at 2:30 p.m.

3.

Debtor wishes to retain her home and will have the arrears cured by the Hearing date.

4.

Counsel for Debtor is requesting an additional $350.00 in Attorney's fees for the Response of the Lift Stay.

WHEREFORE, Debtors respectfully request that the Motion for Relief filed by US Bank be denied and for all other relief as is just and equitable.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St
Mandeville, LA 70448
(985) 727-1664 Telephone
(985) 727-4388 Facsimile
elaine@northshoreattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing Response has been served via electronic filing and/or mailed, postage prepaid this 27th day of December, 2019, to the following:

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| S. J. Beaulieu, Trustee | ecf@ch13no.com |
| Jason Smith<br>Counsel for US Bank | jasonsmith@creditorlawyers.com |

THE DE LEO LAW FIRM LLC
/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664 Telephone
elaine@northshoreattorney.com